**Order entered January 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01618-CV

## HENRY S. MILLER BROKERAGE, LLC, Appellant

## V.

## RUTH MAE SANDERS, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14901**

## ORDER

We **GRANT** appellant's January 13, 2015 motion for an extension of time to file the clerk's record. The clerk's record filed on January 9, 2015 is deemed timely. Appellant's brief is due **January 29, 2015**. *See* TEX. R. APP. P. 38.6(a).

/s/     ELIZABETH LANG-MIERS
JUSTICE